UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERICK ISRAEL PEREZ CINTO (A-Number: 221-489-296),

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, *et al.*,

Respondents.

No.  1:26-cv-02782-KES-CDB (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

Docs. 1, 11

Petitioner Erick Israel Perez Cinto is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 2, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition.  Doc. 11.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven days after service.  On July 7, 2026, respondents filed a one sentence objection, objecting "for the same reasons advanced in Respondents' earlier filing."  Doc. 12.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1.   The findings and recommendations, Doc. 11, are ADOPTED in full.

1

2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3. Respondents are ORDERED to provide petitioner Erick Israel Perez Cinto (A-Number: 221-489-296) with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within seven (7) days of the date of this Order.  Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing.  If respondents do not provide petitioner with a bond hearing within seven (7) days, then respondents must release him.

4. Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.

5. The Clerk of Court is directed to close this case and enter judgment for petitioner.

6. The Clerk is directed to terminate any remaining motions as moot.

7. The Clerk is directed to serve Golden State Annex with a copy of this Order.

IT IS SO ORDERED.

Dated:   July 9, 2026

_____
UNITED STATES DISTRICT JUDGE

2