UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK ISRAEL PEREZ CINTO,<br>Petitioner,<br>v.<br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br>Respondents. | No. 1:26-cv-02782-KES-CDB (HC)<br>(A-Number: 221-489-296)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PETITIONER'S MOTION TO ENFORCE<br>Doc. 20 |

Erick Israel Perez Cinto, a federal immigration detainee, initiated this action on April 13, 2026, by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 while in custody of Immigration and Customs Enforcement ("ICE") at the Golden State Annex Detention Facility in McFarland, California. Doc. 1.

On July 9, 2026, the Court granted the writ of habeas corpus and ordered Respondents to provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a). Docs. 11, 14. On August 6, 2026, Petitioner filed a motion to enforce the Court's order requiring Respondents provide him with a bond hearing. Doc. 16. Respondents filed a response to the motion. Doc. 17. On August 18, 2026, the Court referred Petitioner's motion to enforce to the assigned magistrate judge for the preparation of findings and recommendations and/or other appropriate action. Doc. 19.

On September 4, 2026, the assigned magistrate judge issued findings and recommendations to deny Petitioner's motion to enforce. Doc. 20. The findings and recommendations found that petitioner was provided with a bond hearing pursuant to 8 U.S.C. § 1226(a) and its implementing regulations and that the immigration judge did not abuse his discretion in denying bond. The findings and recommendations were served on the parties and contained notice that any objections were to be filed within 14 days of the date of service thereof. *Id.* at 7. No objections have been filed, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 4, 2026, Doc. 20, are adopted in full;
2. Petitioner's motion to enforce this Court's order and judgment, Doc. 16, is DENIED.

IT IS SO ORDERED.

Dated: October 25, 2026

UNITED STATES DISTRICT JUDGE